

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 13, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    ***United States v. Timothy Shea*, S2 20 Cr. 412 (AT)**

Dear Judge Torres:

      The Government respectfully submits this letter to request, with the consent of the defendant, that time be excluded under the Speedy Trial Act from May 16, 2022, until May 23, 2022.

      On March 14, 2022, the Court excluded time under the Speedy Trial Act until May 16, 2022, the date for which trial previously was scheduled. (Dkt. No. 157.) On May 11, 2022, the Court adjourned the trial to May 23, 2022. (Dkt. No. 213.) Accordingly, the Government respectfully requests, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the defendant adequate time to prepare for trial.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

By:       /s/
            Nicolas Roos
            Alison Moe
            Robert B. Sobelman
            (212) 637-2421/2225/2616

Cc:    John C. Meringolo, Esq. (by ECF)
       Anjelica B. Cappellino, Esq. (by ECF)
       Clara S. Kalhous, Esq. (by ECF)